G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
T: (626) 795-9900
F: (626) 577-8800

JEANNE M. HAMBURG (Admitted *Pro Hac Vice*)
jhamburg@norris-law.com
BENJAMIN D. SCHWARTZ, CA Bar No. 323636
bschwartz@norris-law.com
DAVID H. SIEGEL (Admitted *Pro Hac Vice*)
dsiegel@norris-law.com
NORRIS MCLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, NY 10036
Tel.: (212) 808-0700
Fax: (212) 808-0844

*Attorneys for Plaintiffs*
*Accurate Surgical & Scientific Instruments Corporation,*
*Mark D. Epstein and David Hidalgo*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCURATE SURGICAL & SCIENTIFIC INSTRUMENTS CORPORATION, a New York corporation, MARK D. EPSTEIN, and DAVID HIDALGO,<br><br>Plaintiffs,<br><br>v.<br><br>HAYDEN MEDICAL, INC., a California corporation and CARNEGIE SURGICAL LLC,<br><br>Defendants. | Case No. 2:25-cv-08004-HDV-RAO<br><br>**PLAINTIFF AND COUNTER-DEFENDANT DAVID HIDALGO'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT AND COUNTERCLAIMAINT HAYDEN MEDICAL, INC.'S COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |
| HAYDEN MEDICAL, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>DAVID HIDALGO,<br><br>Counter-Defendant. | **Hon. Hernán D. Vera** |

4908-0996-8534, v. 1

Plaintiff and Counter-Defendant David Hidalgo ("Dr. Hidalgo" or "Counter-Defendant"), by and through his attorneys, hereby submits this Answer and Affirmative Defenses to the Counterclaim asserted by Defendant Hayden Medical, Inc. ("Hayden" or "Counterclaimant"), ECF No. 38, at 15 *et. seq.*, as set forth below. Unless specifically admitted, Dr. Hidalgo denies each of the allegations to the Counterclaim, including but not limited to any assertions made in any section headers in the Counterclaim.

## GENERAL DENIAL

Pursuant to Fed. R. Civ. P. 8(b)(3), Dr. Hidalgo denies each and every allegation in Hayden's Counterclaim except those expressly admitted below.

## JURISDICTION AND VENUE

1. The allegations in paragraph 1 are legal conclusions to which no response is required.

2. The allegations in paragraph 2 are legal conclusions to which no response is required.

3. The allegations in paragraph 3 are legal conclusions to which no response is required.

## THE PARTIES

4. Dr. Hidalgo admits the allegations set forth in paragraph 4.

5. Dr. Hidalgo admits the allegations set forth in paragraph 5.

## COUNT 1 – OPPOSITION TO FEDERAL TRADEMARK APPLICATION (15 U.S.C. §§ 1119 AND 1052(e)(4) – Primarily Merely a Surname)

6. Dr. Hidalgo denies the allegations set forth in paragraph 6 to the extent they suggest Hayden's Counterclaim has any merit and otherwise makes no response to the allegations set forth in this paragraph 6 to the extent they are legal conclusions to which no response is required. To the extent a response is required, Dr. Hidalgo denies the allegations contained in paragraph 6.

7. Dr. Hidalgo admits the allegations set forth in paragraph 7.

8. Dr. Hidalgo admits the allegations set forth in paragraph 8.

9. Dr. Hidalgo admits the allegations set forth in paragraph 9.

10. Dr. Hidalgo admits the allegations set forth in paragraph 10.

11. Dr. Hidalgo admits that the USPTO approved the HIDALGO application for publication. Dr. Hidalgo is without information sufficient to form a belief about the remaining allegations of paragraph 11 and otherwise makes no response to the allegations set forth in this paragraph 11 to the extent they are legal conclusions to which no response is required. To the extent a response is required, Dr. Hidalgo denies the remaining allegations contained in Paragraph 11.

12. Dr. Hidalgo denies the allegations of paragraph 12 of the Counterclaim.

13. Dr. Hidalgo denies the allegations of paragraph 13 of the Counterclaim.

14. Dr. Hidalgo denies the allegations of paragraph 14 of the Counterclaim.

## RESPONSE TO COUNTERCLAIMANT'S PRAYER FOR RELIEF

Dr. Hidalgo denies Hayden's entitlement to any and all of its Prayers for Relief as set forth in paragraphs A through H of the Counterclaim as a matter of fact and law.

## AFFIRMATIVE AND OTHER DEFENSES

Dr. Hidalgo asserts the following affirmative and other defenses to Hayden's Counterclaim, without assuming the burden of proof on such defense that would otherwise fall on Hayden. Dr. Hidalgo reserves the right to assert additional affirmative defenses in the event he determines that such defenses are appropriate and/or seek leave to amend the following defenses based on his ongoing investigation and discovery into the matters alleged in the Counterclaim.

4908-0996-8534, v. 1

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The opposition to federal trademark application claim set forth in the Counterclaim (Count I) fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (No Damages)

Without admitting that the Counterclaim states a claim, Hayden has suffered no damage in any amount as a result of the alleged acts of Dr. Hidalgo and the monetary relief requested in the Counterclaim may therefore not be granted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Counter-Defendant David Hidalgo prays for judgment against Defendant and Counterclaimant Hayden Medical, Inc., as follows and respectfully requests that the Court:

A. Dismiss or deny Counterclaimant's request for a judgment refusing registration of Counter-Defendant's U.S. Trademark Application Ser. No. 99/045,828;

B. Deny Counterclaimant's prayer for relief in its entirety and dismiss the Counterclaim with prejudice and enter judgment in Counter-Defendant's favor;

C. Award attorneys' fees and all other costs and expenses incurred by Counter-Defendant in responding to the Counterclaim; and

D. Award Counter-Defendant such other and further relief that it deems just and appropriate.

Dated: March 11, 2026         Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

By    */s/G. Warren Bleeker*
          G. Warren Bleeker

*Attorneys for Plaintiffs
Accurate Surgical & Scientific Instruments
Corporation, Mark D. Epstein
and David Hidalgo*

-3-

4908-0996-8534, v. 1

## DEMAND FOR JURY TRIAL

Plaintiff and Counter-Defendant David Hidalgo demands a jury trial of all issues in this action so triable.

Dated: March 11, 2026          Respectfully submitted,

                               WOMBLE BOND DICKINSON (US) LLP

                               By   /s/G. Warren Bleeker
                                    G. Warren Bleeker

                               *Attorneys for Plaintiff*
                               *Accurate Surgical & Scientific Instruments*
                               *Corporation, Mark D. Epstein*
                               *and David Hidalgo*

-4-

4908-0996-8534, v. 1